| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodriguez-Pinzon, David,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>\| |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **4500** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6 Crestview Drive**<br>**Southborough, MA**          ZIP CODE   **01772** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Worcester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1241**<br>**Dedham, MA**          ZIP CODE   **02027** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>-----------------------------------------<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **David Rodriguez-Pinzon** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)       Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                          FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**David Rodriguez-Pinzon** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X *Dawid Rodriguez Pinzon*<br>Signature of Debtor    **David Rodriguez-Pinzon** | X **Not Applicable**<br>(Signature of Foreign Representative) |
| X **Not Applicable**<br>Signature of Joint Debtor | |
| Telephone Number (If not represented by attorney)<br>*12/28/10*<br>Date | (Printed Name of Foreign Representative)<br><br>Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**David M. Nickless  Bar No. 371920**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Nickless, Phillips and O'Connor**<br>Firm Name<br><br>**625 Main Street**<br>Address<br><br>**Fitchburg, MA  01420**<br><br>**(978) 342-4590**         **(978) 343-6383**<br>Telephone Number<br>*12/28/10*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| | Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | X **Not Applicable** |
| X **Not Applicable**<br>Signature of Authorized Individual | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| Printed Name of Authorized Individual | If more than one person prepared this document, attach to the appropriate official form for each person. |
| Title of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Massachusetts

In re **David Rodriguez-Pinzon** _____        Case No. _____
_____
Debtor        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:  _David Rodriguez-Pinzon_

Date:  __12/28/10__

Certificate Number: 00252-MA-CC-013363430



00252-MA-CC-013363430

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 21, 2010</u>, at <u>12:23</u> o'clock <u>PM EST</u>, <u>David Rodriguez-Pinzon</u> received from <u>Institute for Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>December 21, 2010</u>          By:      <u>/s/Mary Aubele</u>

                                        Name:  <u>Mary Aubele</u>

                                        Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:   **David Rodriguez-Pinzon** _____

_____
                        **Debtor**

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   12/28/10 _____

Signed: _____
        David Rodriguez-Pinzon

Signed: _____
        **David M. Nickless**
        Attorney for Debtor(s)
        Bar no.:      371920
        **Nickless, Phillips and O'Connor**
        **625 Main Street**

        **Fitchburg, MA  01420**
        Telephone No.:    **(978) 342-4590**
        Fax No.:          **(978) 343-6383**
        E-mail address:   **dnickless.nandp@verizon.net**

Brookline Bank
PO Box 61787
King of Prussia, PA 19406

Carrington Mortgage SE
1610 E Saint Andrew Place
Santa Ana, CA 92705

Doral Financial Corp
1451 FD Roosevelt Avenue
San Juan, PR 00920

Advanta Bank Corp
PO Box 844
Spring House, PA 19477

HFC
PO Box 3425
Buffalo, NY 14240

MCYDSNB
9111 Duke Boulevard
Mason, OH 45040

Metrowest Medical Center
3075 East Imperial Hwy Ste
Brea, CA 92821

THD/CBSD
PO Box 6497
Sioux Falls, SD 57117

Wells Fargo Financial Bank
2623 W Oxford Loop
Oxford, MS 38655

WFF Cards
3201 N 4th Avenue
Sioux Falls, SD 57104

Citifinancial
300 Saint Paul Place
Baltimore, MD 21202

FIA CSNA
PO Box 17054
Wilmington, DE 19850

GEMB/JC Penny PR
PO Box 364788
San Juan, PR 00936

GEMB/L&T
PO Box 981400
El Paso, TX 79998

MCYDSNB
9111 Duke Blvd.
Mason, OH 45040

Sears/CBSD
PO Box 6189
Sioux Falls, SD 57117

St. Mary's Credit Union
293 Boston Post Road West
Marlborough, MA 01752

U.S. Dept. of Education
PO Box 5609
Greenville, TX 75403

National Planning Corporation
c/o Barry Y. Weiner, Esq.
Bradley L. Croft, Esq.
Michael J. Duffy, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Digital Federal Credit Union
220 Donald Lynch Boulevard
PO Box 9130
Marlborough, MA 01752

Denner Pellegrino, L.L.P.
Attn:  Daniel Neelon, Esq.
Bruce D. Levin, Esq.
4 Longfellow Place, 35th Floor
Boston, MA 02114

Lee Kennedy Company, Inc.
Attn:  Lee Michael Kennedy
122 Quincy Shore Drive
Quincy, MA 02171
.
John W. DiNicola, II, Esq.
185 Devonshire Street
South Boston, MA 02110

Mass Bay Credit Union
f/k/a MBTA Employees Credit Union
147 W. Fourth Street
South Boston, MA 02050

Francis L. Colpoys, Jr., Esq.
1020 Plain Street
Marshfield, MA 02050

Avidia Bank
256 Maple Street
Marlborough, MA 01752-3250

Avidia Bank
c/o David S. Katz, Esq.
Katz Law Group
112 Turnpike Road, #104
Westborough, MA 01581

Sage Advisors, LLC
One Van De Graaf Drive
Suite 404
Burlington, MA 01803

Sage Advisors, LLC
Attn:  John Geishecker
508 Edgewater Drive
Wakefield, MA 01880

Chris Weld, Esq.
Julie A. Schreiner-Oldham, Esq.
Todd and Weld, LLP
28 State Street
Boston, MA 02109

Regional Industrial Services Corp.
50 Kearney Road
Needham Heights, MA 02494

Regional Industrial Services Corp.
c/o Rhonda S. Boule, Esq.
Ferraro & Boule
2120 Commonwealth Avenue, #204
Newton, MA 02466

William Sapers
275 Washington Street, Suite 205
Newton, MA 02458

William Sapers
c/o Brian S. Kaplan, Esq.
Lewis & Kaplan, LLP
17 Lincoln Street, Suite 3A
Newton, MA 02461

Marvin Smith
c/o Amanda Pitkin O'Reilly, Esq.
Morisi & Oatway, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02169

First Trade Union Bank
PO Box 55063
Boston, MA 02205

First Trade Union Bank
c/o Lawrence N. Scult, Esq.
107 Washington Street
West Newton, MA 02465

Dell Financial Services, L.P.
c/o Diligenz, Inc.
6500 Harbour Heights Parkway, Suite 400
Mukilteo, WA 98275

Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753

Northborough Capital Partners, LLC
c/o Adam Clavell, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Northborough Capital Partners, LLC
56 Pine Street
Providence, RI 02903

Leaf Funding Inc.
c/o UCC Direct Services
2727 Allen Parkway
Houston, TX 77019

Leaf Funding Inc.
2005 Market Street, 15th Floor
Philadelphia, PA 19103

Carrington Mortgage Services, LLC
1610 E. Saint Andrew Place, Suite B-150
Santa Ana, CA 92705

Sharon and Steven Fradkin
399 Neponset Street
Canton, MA 02021

Ted Richer
17 Pond View Avenue
North Scituate Beach, MA 02066

John Callahan
Global PDC
80 First Street
Bridgewater, MA 02324

Christopher Murphy
2 Trenel Way
Gloucester, MA 01930

CitiFinancial
500 Providence Highway
Norwood, MA 02062

James Branco
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Michael M. George
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Hal B. Howard
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Virginia S. Petzoldt
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Trust U/A James T. Pyle
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Massimo A. Righini
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Joseph E. Rowan Employees Profit Sharing Plan
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Shaffner Family Foundation
c/o Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 W. 35th Street, 14th Floor
New York, NY 10001

Jeff Bailey
51 Maple Street # 413
Rockland, Ma 02370

Robert Bowen
26 Meghan Drive
Marshfield, MA 02050

Barbara Brenton
160 Holmes Street
Halifax, MA  02338

John Brenton
160 Holmes Street
Halifax, MA 02338

Marion Cunningham
26 Edgemere Road
West Roxbury, MA 02132

Lois Eaton
Unit 2B, Beach Plum Condominium
Harwichport, MA 02646

Christine Fitzsimmons
167 Pleasant Street
South Yarmouth, MA 02664

Nancy Hayward
30 Cedar Lane
Halifax, MA 02338

Ruby Holcomb
National Planning Corporation
c/o Barry Y. Weiner, Esq.
Bradley L. Croft, Esq.
Michael J. Duffy, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Catherine Konarski
212 Catherine Road
Hanson, MA 02341

Marion E. Long
Law Offices of Bruce Bierhans
868 Washington Street
Easton, MA 02375

Silvia Mauerhofer
184 Boylston Circle
Hanson, MA 02341

Larry G. Maynard DBA
SE Realty Trust
1264 Main Street
Hanover, MA02339

Edward McAndrews
c/o Murano Family
158 Truro Street
Hull, MA 02045

Merry Patton
4 Old Main Street
Carver, MA 02330

Phillip Porter
8011 Mariposa Ave.
Citrus Heights, CA 95610

Elizabeth Stanton
National Planning Corporation
c/o Barry Y. Weiner, Esq.
Bradley L. Croft, Esq.
Michael J. Duffy, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Leslie Valente
c/o William T. Harrington
171 Milk Street
Boston, MA 02109

Robert Wilcox
283 Brook Street
Hanson, MA 02341

Thomas Skehan
1027 SW 28th Avenue
Boynton Beach,FL 33426

Public Storage
87 Warren Street
Randolph, MA 02366-4017

858 Washington Street, LLC
858 Washington Street, 3rd Floor
Dedham, MA 02026

John Salvatore
858 Washington Street, 3rd Floor
Dedham, MA 02026

Greg Salvatore
858 Washington Street, 3rd Floor
Dedham, MA 02026

Bowditch & Dewey. LP
One International Place, 44th Floor
Boston, MA 02110-2602

Fred Bucklin Appraisals
420Main Street
Walpole, MA 02081
508-6683137

Bingham McCutchen
One Federal Street
Boston, MA
02110-1726

Hadley Apartments, LLC/
CT Corporation
155 Federal Street, Suite 700
Boston, MA 02110

Transamerica Affordable Housing, Inc.
4333 Edgewood Rd. N.E.
Cedar Rapids, IA 52499

Dell Financial
PO Box 81577
Austin, TX 78708-1577

Leaf Financial Corporation
One Commerce Square
2005 Market Street, 15th Floor
Philadelphia, PA 19103

Home Depot
PO Box 20363
Kansas City, MO 64195

Internal Revenue Service
Special Proc. Function Stop 20800
PO Box 9112
JFK Building
Boston, MA 02203

Department of Revenue
Bankruptcy Unit, 3rd Floor
PO Box 9564
Boston, MA 02114

Jeffrey Resnick
Margery Resnick
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Bharati Desai
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Karen Bodo
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Andrew Kallimanis
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Dave R. Kane
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Susan B. Apa
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Chandrakant Desai, MD
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Bob Fennell
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Peter Gambino
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

William Ferino
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Perry Trebatch
Brady J. Hermann, Esq.
Daniel M. Rabinovitz, Esq.
12 Post Office Square
Boston, MA 02109

Perry Trebatch
Kenneth E. Karger, Esq.
25 Walnut Street, Suite 300
Wellesley Hills, MA 02481

Kermit Love
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Ann Whalen
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Dorothy Stanszak
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

John R. Stewart
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

John Stewart
Carol Stewart
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
NewYork, NY 10004

Joel R. Schweidel
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Gregory W. Rakow
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Arthur B. Beck
c/o Christopher Moran
DuPasquier & Company
One Battery Park Plaza
New York, NY 10004

Perry Trebatch
c/o David M. Rabinovitz, Esq.
Michaels, Ward & Rabinovitz
12 Post Office Square
Boston, MA 02109

James Kurland
c/o Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01702

Securities Division (Enforcement Division)
One Ashburton Place, Room 1701
Boston, MA 02108

Berwyn Capital/DuPasquier & Company
c/o J. Laurence Chang, Esq.
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005-3686

Ann Malobabich
c/o Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01702

Guilford CF, LLC
c/o Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
444 South Street
Montgomery, AL 36104

Guilford CF, LLC
c/o Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
PO Box 347
Montgomery, AL 36101-0347

Vickki LaVoie
53 Elm Street
Franklin, MA 02038

Paul Gardner
42 Lexington Ave.
Needham, MA  02494

Keith McDonald
247 Savin Hill Avenue
Unit #1
Boston, MA 02127

Kevin Teller
449 East Street
Dedham, MA 02026

Janice Vaughn
c/o EDFC
P.O. Box 1241
Dedham, MA 02026

Dennis E. Mayer
44 Cummings Road
Apt. #2
Brighton, MA 02135

Rick Melin
112 Hartford Avenue
Hopedale, MA 01747

Richard Slowey
85 Abells Road
West Yarmouth, MA 02673

Richard Slowey
c/o Michael Goldstein, Esq.
220 Broadway, Suite 205
Lynnfield, MA 01940

Washington 850, LLC
c/o GJS Management,
858 Washington Street
Suite 309
Dedham, MA 02026

4 Pleasant Street, LLC
Attn: Gerald M. Sherman
4 Pleasant Street
South Natick, MA 01760-5670

Steven Blum
4 Pleasant Street
South Natick, MA 01760-5670

Good Shot Investments
Attn: Steven Blum
18 Glenwood Street
Natick, MA 01760

South Shore Disposal, Inc.
30 Bedford Park, Suite 4
Bridgewater, MA 02324-3046

Karl F. Stammen, Esq.
Stammen & Associates
137 South Street, 3rd Floor
Boston, MA 02111

Peter Belloti, Esq.
Belloti Law Group
25 Thorndike Street
Cambridge, MA 02141

Hadley Apartments, LLC
c/o Resident Agent
CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

Caravan Development, LLC
c/o National Planning Corporation
Barry Y. Weiner, Esq.
Bradley L. Croft, Esq.
Michael J. Duffy, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

John R. Butler
c/o Robert Downing
311 Village Green North
Pine Hills, MA 02360

Robert Downing
311 Village Green North
Pine Hills, MA 02360

Boston South Financial Solutions, Inc.
160 Old Derby Street, Suite 263
Hingham, MA 02043

Boston South Financial Solutions, Inc.
c/o Mark A. Rosen, Esq.
3 Allied Drive, Suite 120
Dedham, MA 02026-6148

Robert Blaisdell
39-7 Magansett Drive
Plymouth, MA 02360

Robert Blaisdell
c/o Mark A. Rosen, Esq.
3 Allied Drive, Suite 120
Dedham, MA 02026-6148

Washington 850, LLC
Jeffrey C. Turk, Esq.
Marcus, Errico, Emmer, Brooks, P.C.
45 Braintree Hill Office Park
Braintree, MA 02184

Kenneth Marston
c/o Joseph E. Olbrys, Esq.
382 Boston Turnpike, Suite 204
Shrewsbury, MA 01545

Kenneth Marston
PO Box 1140
Hanson, MA 02341

JM Environmental Corp Inc.
108 Beacon Street
Worcester, MA 01608

JM Environmental Corp Inc.
c/o Caroline Robillard
74 Elm Street
Worcester, MA 01609

John W.S. Creedon, Jr., Esq.
370 Main Street, 12th Floor
Worcester, MA 01608

Owen P. Kane, Esq.
1305 Hancock
Quincy, MA 02169

Commonwealth National Bank
c/o Paul J. O'Riordan, Esq.
339 Main Street
Worcester, MA 01608

National Planning Corporation
401 Wilshire Boulevard, Suite 1100
Santa Monica, CA 90401

John Kelleher
68 Mount Ararat Road
Quincy, MA 02169

Economic Development Funding Corporation
2711 Centreville Road, Suite 400
Wilmington, DE 19808

Economic Development Finance Corp.
858 Washington Street
Dedham, MA  02026

BENB, LLC
c/o Daniel P. Neelon, Esq.
4 Longfellow Place, 35th Floor
Boston, MA 02114

Gardner Development LLC,
858 Washington Street, 3rd Floor
Dedham, MA 02026

American Marketing and Capital Inc.
David B. Madoff, Esq.
Steffani M. Pelton, Esq.
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxboro, MA 02035

Beacon Place LLC
858 Washington Street
Dedham, MA 02026

EDFC, LLC
858 Washington Street
Dedham, MA 02026

Dedham Institution for Savings
c/o Thomas J. Filbin, Esq.
55 Elm Street
Dedham, MA 02026

TD Bank
ME 091-33
PO Box 1190
Lewiston, ME 04243

Amalgamated Bank
C/O Roy Dickinson, Real Estate Division
(Re: Beacon Place, Worcester, MA)
1825K Street
Washington, DC 20006

Town of Southborough
Tax Collector
17 Common Street
Southborough, MA 01772

City of Worcester
Treasurer
455 Main Street
Worcester, MA  01608

City of Brockton
Tax Collector
45 School Street
Brockton, MA 02301

Allied Waste Service
1 Hardscrabble Rd,
Auburn, MA 01501

Vonage
Legal Department
23 Main Street
Holmdel, NJ 07733

AT&T Wireless Services
PO Box 8220
Aurora, IL 60572-8220

Verizon
PO Box 15150
Worcester, MA 01615-0150

Dish Network
Customer Service Center
PO Box 9033
Littleton, CO 80160

Mass Electric
PO Box 5015
Westborough, MA 01582

**OFFICIAL LOCAL FORM 7**
**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re

**David Rodriguez-Pinzon**

Chapter       **7**

Bankruptcy No.

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

**PART I- DECLARATION**

I      **David Rodriguez-Pinzon**                                                                                                    ,

hereby declare(s) under penalty of perjury that all of the information contained in my **petitions, schedules and statements** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7( b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 12/28/10

**David Rodriguez-Pinzon**

(Affiant)

**PART II - DECLARATION OF ATTORNEY** (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  12/28/10

Signed:

**David M. Nickless**
**Attorney for Affiant**