UNITED STATES OF BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS



In re:                                                    Chapter 7
                                                          Case No: 10-46298

David Rodriguez-Pinzon
Debtor


NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF WHIZ KIDS
DEVELOPMENT, LLC AND HARD SHELL DEVELOPMENT, LLC


PLEASE TAKE NOTICE that the Law Office of Christine Carey hereby appears in the
above-captioned Chapter 7 case as attorney for Whiz Kids Development, LLC and
Hard Shell Development, LLC, and in doing so, requests that all notices given or
required to be given in this case, and all papers served or required to be served in
this case, be given and served upon it at the office, address and telephone number
set forth below, and that it be added to the mailing matrix on file with the Clerk of
the Bankruptcy Court as follows:


Christine Carey, Esq.
Law Office of Christine Carey
23 Water Street
Holliston, MA 01746
Ph: 508-429-9003
Fax: 508-429-9006
Email: christinecareyesq@gmail.com


This Notice of Appearance and Demand for Service of Papers (the "Notice") is not
intended to constitute a waiver of (i) the right to have final orders in con-core
matters entered only after de novo review by a District Judge, (ii) the right to trial by
jury in any proceeding related to this case or any case, controversy, or proceeding
related to this case (iii) the right to have the District Court withdraw the reference
in any matter subject to mandatory or discretionary withdrawal, (iv) any objection
to the jurisdiction of this Bankruptcy Court for any purpose other than with respect
to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions,
defenses, setoffs, or recoupments as appropriate, in law or in equity under any
agreements all of which rights, claims, actions, defenses, setoffs, and recoupments
are expressly reserved.

Respectfully Submitted,

Whiz Kids Development, LLC
Hard Shell Development, LLC

By its attorney

*/s/ Christine Carey*

Christine Carey, Esq.
BBO #: 558921
Law Office of Christine Carey, Esq.
23 Water Street
Holliston, MA 01746
Tel: 508.429.9003
Fax: 508-429-9006
Email: christinecareyesq@gmail.com

Dated: February 16, 2011

CERTIFICATE OF SERVICE

I, Christine Carey, Esq., Attorney for Whiz Kids Development, LLC and Hard Shell Development, LLC in connection with the above-captioned bankruptcy proceeding, hereby certify that on this 16th day of February, 2011, I served copies of the foregoing Notice of Appearances and Request for Service of Papers by first class mail, postage pre-paid, upon the parties on the attached service list.

*Christine Carey*
Christine Carey, Esq.

SERVICE LIST

David M. Nickles, Esq.
Nickles, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
**Attorney for Debtor**

Gary M. Weiner-W
Weiner & Lange, P.C.
95 State Street
Suite 918
Springfield, MA 01103
**Bankruptcy Counsel**